**(STAY / JS6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TING CHEN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DAVID M. RADEL, U.S. Citizenship and Immigration Services Los Angeles Asylum Office Director.,<br><br>　　Defendant. | No. 5:25-cv-01833-SSS-MAAx<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until February 20, 2026.

The parties are further DIRECTED to file a Joint Status Report no later than February 6, 2026, advising the Court of the status of this action.

The Clerk is DIRECTED to close the case administratively.

Dated: September 2, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE